

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00379-CV

**INTEREST OF D.J., ET AL., CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01753
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's First Motion to Extend Time to file brief is GRANTED. The appellant's brief is due September 16, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court